

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00839-CR

Kevin **ODELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR5901
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Delivered and Filed: November 8, 2023

DISMISSED FOR LACK OF JURISDICTION

On September 8, 2023, appellant filed a "Motion to Appeal Decision on Psychological Evaluation." A review of the record shows appellant moved for a psychiatric examination on March 30, 2023. On May 23, 2023, appellant was ordered to submit to an examination for the purpose of determining his competency to stand trial. On July 21, 2023, the trial court signed an agreed judgment of competency to stand trial which provides "[c]ounsel for the Defendant and Counsel for the State agreed that the defendant is presently competent to stand trial," and the trial court reviewed the competency evaluation and concluded appellant is "competent to stand trial."

Appellant now seeks to appeal the agreed judgment of competency to stand trial. The agreed judgment of competency to stand trial is not an appealable order. *See* TEX. CODE CRIM. PROC. art. 46B.011 ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005."). We therefore ordered appellant to show cause in writing no later than October 6, 2023 why this court should not dismiss this appeal for lack of jurisdiction. We admonished appellant that if he failed to file a timely response, this appeal may be dismissed for lack of jurisdiction. Appellant has not filed a response.

Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH